# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ALAN PHILLIPS

**CRIMINAL COMPLAINT**

CASE NUMBER: 05m - 1083 - JGD

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In or about June, 2005, in Essex County, in the District of Massachusetts and elsewhere defendant did (Track Statutory Language of Offense),

> move or travel in interstate or foreign commerce with intent to avoid prosecution, or custody or confinement after conviction, under the laws of the place from which he flees, for a crime, or an attempt to commit a crime, punishable by death or which is a felony under the laws of the place from which the fugitive flees,

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) _Special Deputy United States Marshal_ and that this complaint is based on the following facts:

See Attached Affidavit of Special Deputy SCOTT KIMBALL

Continued on the attached sheet and made a part hereof:   X Yes   ☐ No

_____
Signature of Complainant
SCOTT KIMBALL
Special Deputy U.S. Marshal

Sworn to before me and subscribed in my presence,

June 15, 2005                                          Boston, Massachusetts
Date                                                   City and State

JUDITH G. DEIN                                         _Judith Gail Dein_
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                     Signature of Judicial Officer

**AFFIDAVIT**

June 15, 2005
BOSTON, MASSACHUSETTS

I, **Scott C. Kimball, Deputy United States Marshal, being duly sworn, depose and state as follows:**

1. I am an Deputy United States Marshal assigned as to the Fugitive Investigations Unit.

2. The Chelmsford Police Department has requested the assistance of the United States Marshals Service in the location and apprehension of Alan Phillips.

3. I have reviewed the records of the Middlesex County District Attorney's Office and have been advised by Chelmsford Police investigators and Massachusetts State Police involved in the state prosecution of Alan Phillips of their investigation to date.

4. On Saturday June 11, 2005, law enforcement personnel including members of the Chelmsford Police Department, executed a state search warrant at 56 Groton Road in Chelmsford, Massachusetts, the known residence of Mr. Phillips. Law enforcement found a quantity of Methamphetamine, which is a class B Controlled Substance as defined by Mass General Laws, Chap 94C, Section 31. During the search of Mr. Phillips house, a twenty-four month cellular phone contract for telephone number (978) 495-1781 was discovered between Phillips

and Cingular Wireless. The service contract commenced on December 2, 2004.

5. Investigators interviewed Sarah Phillips on or about June 14, 2005, and learned that she did in fact contact Mr. Phillips on the (978) 495-1781 cell phone. She told investigators that Mr. Phillips has custody of his two children, aged 4 and 5. Sarah stated that on June 13, 2005, at approximately 10 a.m. Sarah contacted Phillips via (978) 495-1781 and inquired as to Phillips' whereabouts. She asked him to drop off her two young siblings to her. Phillips at that time stated that he was not going to surrender or be apprehended by police because he did not want to go back to jail and do a life sentence. On

6. June 14, 2005, at approximately 3:30 p.m., I was informed by investigators that Sarah had told them that Phillips had called his daughter Sarah and stated: tell the Chelmsford cops that I will drive myself and the two boys off a cliff before I go back to jail.

7. Cingular records obtained pursuant to a state subpeona received on June 14, 2005 show that Phillips is travelling to New Hampshire, Vermont, New York and Pennsylvania since the search warrant was executed.

8. On June 13, 2005, an arrest warrant was issued by Lowell District Court for Alan Phillips. This warrant

charged Phillips with Distribution of Class B, violations of Massachusetts General Law, Chapter 94C, Sections 32A; this is a felony charge under the laws of the Commonwealth of Massachusetts. Law enforcement efforts to locate Alan Phillips within the Commonwealth of Massachusetts have been unsuccessful. Based on my investigation and that being conducted by other members of the United States Marshals Service and Massachusetts State Police, I believe that Alan Phillips is no longer residing in the Commonwealth of Massachusetts. The Middlesex County District Attorney's Office has informed me it will ~~re-indict~~ rendite sol Alan Phillips if he is apprehended outside the District of Massachusetts.

9.
~~10.~~ Attached hereto and made a part hereof are copies of the following:

    a. June 13, 2005 arrest warrant (Lowell District Court).

    b. Letter from the Middlesex County District Attorney's Office indicating approval for the rendition of Alan Phillips, if he is apprehended outside of the Commonwealth of Massachusetts.

10.
~~11.~~ Based upon the foregoing facts and my experience and training as a Deputy U.S. Marshal, I believe that there is a probable cause to believe that Alan Phillips has fled the Commonwealth of Massachusetts to avoid

prosecution for crimes which are felonies under the laws of the Commonwealth of Massachusetts, and that Alan Phillip's whereabouts are unknown.

I hereby certify that the foregoing is true and correct. Executed at Boston, Massachusetts, this fifteenth day of June, 2005.

					_____
					Scott C. Kimball
					Deputy U.S. Marshal

Subscribed and sworn to me before this fifteenth of June, 2005.

					_____
					JUDITH G. DEIN
					United States Magistrate Judge

```
MIS 386677 06/15/05 12:04 PHILLIPS,ALAN                                W6585959
            Commonwealth of Massachusetts - Criminal Justice Information System
              Trial Court of Massachusetts - Warrant Management System
  Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
  the person named herein as contained in the Warrant Management System and
  printed via Criminal Justice Information System.
  This Warrant Printed as of 12:00 on 06/15/05
  ------------------------------------------------------------------------------
  Defendant Information:
       Name: PHILLIPS,ALAN                          SS#: 020567382
    Address: 56 GROTON RD.                          Race: W       Sex: M
                                                    Hair: BRO     Eyes: BLU
       City: CHELMSFORD         MA 01824            Weight: 175 Height: 6'00"
                                                    Complexion:    Marks:
  Date of Birth: 10/18/1961 Place of Birth: MA Date of Emancipation: 00/00/0000
     Father:                                   Mother:
  Known Alias:                                      Ref No: W6585959

    License No:                                   Misc No:
  License State: MA      Obtn No:                 CC No: 264098
  ------------------------------------------------------------------------------
  Warrant Information:                              Docket: 0511CR003607
   Issue Date: 06/13/2005  Court of Issue: 11  - LOWELL DISTRICT
        Type: S - STRAIGHT                                           174778
   Date of Complaint: 06/13/2005
        Offense Date: 06/11/2005  Offense Location: CHELMSFORD


  ***************************** Charges ****************************************
     Count    Offense Code                 Description
       1  F   94C/32A/E        DRUG, DISTRIBUTE CLASS B c94C S32A

  ------------------------------------------------------------------------------
  Court Information:
  Assigned for Service To: CHE - CHELMSFORD PD
  Warrant printed by:      CHE - CHELMSFORD PD
                                                    Fine Amount:
  Officer Name:                                     Bail Amount:
  Judge's Name: WALKER,NEIL J.                      None set
  Return Date/Time: 00/00/0000 00:00  Recall Date/Time: 00/00/0000 00:00
  ------------------------------------------------------------------------------



  TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

        The court has ordered that the above warrant issue against the
        above defendant.

        Therefore you are hereby commanded to arrest the above named
        defendant and bring the defendant forthwith before this court
        to answer to the offense(s) listed above and to be dealt with
        according to law.
  ------------------------------------------------------------------------------
  Return of Service:  By virtue of this warrant, I certify that:

        ____ The defendant has been arrested as ordered by the court.
        ____ I am returning the warrant without service to the court.


  ------------------------------------------------------------------------------
  Date of Arrest Signature of Person    Title of Person    Department
                 Making Service         Making Service     If different
  JUN 15 2005 12:48
                                                     978  256 6257       PAGE.02
```



# THE COMMONWEALTH OF MASSACHUSETTS
## MIDDLESEX DISTRICT ATTORNEY
40 THORNDIKE STREET   CAMBRIDGE, MA 02141

**MARTHA COAKLEY**
DISTRICT ATTORNEY

Tel: 617-679-6500
Fax: 617-225-0871

TO:

Federal Marshall Scott Kimbal

FROM:

Donna Villanucci, Administrative Assistant
For Sheila Calkins, Deputy Second Assistant
Phone: 617-679-6566
Fax: 617-252-3766

DATE: 6/15/05

VIA FACSIMILE: 617-748-2579

TOTAL NO. OF PAGES INCLUDING COVER: 4

RE:   Alan Phillips (dob: 10/18/61)

Dear Mr. Kimbal,

Thank you in advance for your assistance.

Printed on recycled paper.

JUN 15 2005 16:59

```
CJIS 964680  06/15/05 15:44 @
```

-----------PHILLIPS,ALAN------------------- -- W6506959----------------------------
                Commonwealth of Massachusetts - Criminal Justice Information System
                      Trial Court of Massachusetts - Warrant Management System
            Pursuant to Massachusetts General Laws ch.276 s.23A this is a TRUE WARRANT on
            the person named herein as contained in the Warrant Management System and
            printed via Criminal Justice Information System.
            This Warrant Printed as of 15:44 on 06/15/05

Defendant Information:
    Name: PHILLIPS,ALAN                            SSN#: 025567332
    Address: 56 GROTON RD.                         Race: W      Sex: M
                                                   Hair: BRO    Eyes: BLU
    City: CHELMSFORD                 MA 01824      Weight: 175  Height: 6'00"
                                                   Complexion:  Marks:
    Date of Birth: 10/10/1961 Place of Birth: MA Date of Emancipation: 00/00/0000
    Father:                                        Mother:
    Known Alias:                                   Ref No: W6506959

    License No:                                    Misc No:
    License State: MA       Obtn No:               CC No: 264000

Warrant Information:                               Docket#: 0511CR003637
    Issue Date: 06/13/2005 Court of Issue: 11   - LOWELL DISTRICT
         Type: S - STRAIGHT                                         174778
    Date of Complaint: 06/13/2005
         Offense Date: 06/11/2005 Offense Location: CHELMSFORD

    xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx Charges xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
    Count   Offense Code                         Description
      1  F  94C/32A/E            DRUG, DISTRIBUTE CLASS B c94C S32A

Court Information:
    Assigned for Service To: CHE - CHELMSFORD PD
    Warrant printed by:      MDA - MIDDLESEX CPAC
                                                   Fine Amount:
    Officer Name:                                  Bail Amount,
    Judge's Name: WALKER,NEIL J.                   None set
    Return Date/Time: 00/00/0000 00:00  Recall Date/Time: 00/00/0000 00:00

```
JUN 15 2005 17:00                                  617 252 3066
```



# THE COMMONWEALTH OF MASSACHUSETTS
## MIDDLESEX DISTRICT ATTORNEY
40 THORNDIKE STREET   CAMBRIDGE, MA 02141

**MARTHA COAKLEY**
DISTRICT ATTORNEY

June 15, 2005

Tel: 617-679-6500
Fax: 617-225-0871

US Attorney Michael Sullivan
US Attorney's Office
John Joseph Moakley Courthouse
1 New Courthouse Way
Boston, MA 02210

Re:   <u>Commonwealth v. Alan Phillips D.O.B. 10/18/1961</u>

Dear US Attorney Sullivan:

There is an outstanding warrant (warrant number W6586959) for Alan Phillips out of the Lowell District Court, docket number 0511CR003607, charging him with distribution of a class B substance.

Investigation has revealed that the defendant is believed to have fled from the Commonwealth and may be located in the mid-west.

I respectfully request that the United States Government seek a warrant for unlawful flight to avoid prosecution (UFAP) for the apprehension of the above-named defendant. If arrested, the Middlesex District Attorney's Office will immediately initiate proceedings to return the defendant to the Commonwealth of Massachusetts.

If further information is required, please contact either Assistant District Attorney Edward Bedrosian or State Police Lieutenant Dennis Brooks at 617-591-7770.

Sincerely,

Lynn C. Rooney
Deputy First Assistant
617-679-6512

Printed on recycled paper.


TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

The court has ordered that the above warrant issue against the above defendant.

Therefore you are hereby commanded to arrest the above named defendant and bring the defendant forthwith before this court to answer to the offense(s) listed above and to be dealt with according to law.

Return of Service: By virtue of this warrant, I certify that:

_____ The defendant has been arrested as ordered by the court.
_____ I am returning the warrant without service to the court.

| Date of Arrest | Signature of Person Making Service | Title of Person Making Service | Department If different |
|---|---|---|---|

JUN 15 2005

JS 45 (5/97) - (Revised USAO MA 3/25/02)

# Criminal Case Cover Sheet                                U.S. District Court - District of Massachusetts

**Place of Offense:**                Category No. __II__          Investigating Agency __SDUSM__

City    Lawrence                     **Related Case Information:**

County  Essex                        Superseding Ind./ Inf. _____   Case No. _____
                                     Same Defendant _____   New Defendant _____
                                     Magistrate Judge Case Number   _____
                                     Search Warrant Case Number    _____
                                     R 20/R 40 from District of    _____

**Defendant Information:**

Defendant Name   ALAN PHILLIPS                              Juvenile   [ ] Yes   [X] No

Alias Name   _____

Address   56 GROTON ROAD, CHELMSFORD, MA

Birth date: __ __ 61   SS#: ____ 7382   Sex: M   Race: CAUCASIAN   Nationality: USA

**Defense Counsel if known:** _____   Address: _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA   CYNTHIA LIE                              Bar Number if applicable  _____

Interpreter:   [ ] Yes   [X] No      List language and/or dialect:  _____

Matter to be SEALED:   [ ] Yes   [X] No

   [X] Warrant Requested         [ ] Regular Process         [ ] In Custody

**Location Status:**

**Arrest Date:** _____

[ ] Already in Federal Custody as  _____ in _____.
[ ] Already in State Custody   _____   [ ] Serving Sentence   [ ] Awaiting Trial
[ ] On Pretrial Release:   Ordered by  _____ on _____

**Charging Document:**   [ ] Complaint   [ ] Information   [ ] Indictment

**Total # of Counts:**   [ ] Petty ____   [ ] Misdemeanor ____   [x] Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

[X]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   6/15/05        Signature of AUSA:  _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy) _____

**Name of Defendant**    ALAN PHILIPS

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 USC 1073 | travel interstate to avoid prosecution | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

UFAP.js45.wpd - 3/13/02