```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
v.                         )    Criminal No.  05M-1083-JGD
                           )
ALAN PHILLIPS              )
                           )
     Defendant.            )
```

## MOTION TO DISMISS
### COMPLAINT

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts, Michael J. Sullivan, by Assistant United States Attorney Cynthia W. Lie, hereby moves to dismiss the Complaint.  In support of this dismissal, the government states that defendant was located and arrested by law enforcement in Chelmsford, MA, on June 17, 2005, and is in state custody.

Dated: June 24, 2005

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                                            By:  */s/ Cynthia W. Lie*

                                            CYNTHIA W. LIE
                                            Assistant U.S. Attorney